# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0063

VERSUS

DARRYL SARTAIN

**APRIL 8, 2026**

---

In Re:   Darryl Sartain, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2254-F-2021.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include copies of the district court ruling, the court minutes, the **Boykin** transcript, sentencing transcript, and any other documents from the district court record that would assist with reviewing the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.